**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: March 28, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 13-54832 |
| Shirley Louise Locke | : | Chapter 13 |
| Debtors. | : | Judge Charles M. Caldwell |

### ORDER APPROVING DEBTORS' MOTION TO APPROVE LOAN MODIFICATION
### (REL. DOC. NO. 76)

This matter is before the Court upon Debtors' Motion to Approve Loan Modification, filed February 4, 2016 (Docket # 76). The Court finds that more than twenty-one (21) days have elapsed from the date of service of the motion, that no objection or response has been filed, and that good cause exists for granting Debtors' motion.

Therefore, it is hereby **ORDERED** that the following modified mortgage terms are **APPROVED**:

1. New Payment & Interest Rate: $1,789.05 at a fixed 4.75% interest rate;
2. Principal Balance of mortgage after loan modification: $223,460.04.

**IT IS SO ORDERED.**

Copies to:
Default List Plus Additional Parties:

Wells Fargo Bank, NA
Attn: Bankruptcy Department
3476 Stateview Department
MAC DD347-014
Fort Mill, SC 29715-7203

Wells Fargo Bank, NA
8480 Statecoach Circle
Frederick, MD  21701

Wells Fargo Bank, N.A.
Payment Processing
MAC#X2302-04C, One Home Campus
Des Moines, IA  50328

Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA  50306-4547

Wells Fargo Home Mortgage
Suite L-2-200
1200 West 7th Street
Los Angeles, CA  90017

###